UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07 CR 628 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| RASHAWN MCGEE, | ) | **AGREEMENT** |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Rashawn McGee, which was referred to the Magistrate Judge with the consent of the parties.

On December 12, 2007, the government filed a forty-five count indictment against Defendant Rashawn McGee, for Aiding in the Preparation of Fraudulent Tax Returns as defined in Title 26, United States Code, Section 7206(2), and Making False Statements to the United States Related to Tax Returns, as defined in Title 18, United States Code, Section 287. On July 21, 2008, the government filed a two count supplemental information against Defendant Rashawn McGee, for False Oaths as defined in Title 18, United States Code, Section 152(3).

On December 12, 2007, a hearing was held in which Defendant McGee, entered a plea

of not guilty to counts 1-39 and 40-45 of the indictment, before Magistrate Judge Nancy A. Vecchiarelli. On July 23, 2008, Magistrate Judge William H. Baughman, Jr., received Defendant McGee's plea of guilty to counts 1s-2s, 1-39, 40-45, of the supplemental information and indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered. Magistrate Judge Baughman filed his R&R on July 23, 2008.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant McGee is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Adams is adjudged guilty of Counts 1-39 in violation of Title 26 Section 7206(2), 40-45 in violation of Title 18 Section 287 and 1s-2s in violation of Title 18 Section 152(3). Sentencing is scheduled on October 6, 2008, at 1:00 p.m. in Courtroom 17-A.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE